UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 15-6686**

————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RONALD EVANS,

        Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:06-cr-00162-RAJ-JEB-7)

————————

Submitted: July 21, 2015        Decided: July 24, 2015

————————

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Ronald Evans, Appellant Pro Se. Sherrie Scott Capotosto, Joseph Evan DePadilla, Assistant United States Attorneys, Norfolk, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Evans appeals the district court's orders denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Evans, No. 2:06-cr-00162-RAJ-JEB-7 (E.D. Va. Mar. 16, 2015); see also U.S Sentencing Guidelines Manual § 1B1.10(b)(2), p.s. (2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED